JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
jgoodman@gnhllp.com
Paige P. Yeh, ESQUIRE – State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.
(erroneously sued herein as "Home Depot")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JENKINS,<br><br>                     Plaintiff,<br><br>vs.<br><br>HOME DEPOT, DOES 1 to 10,<br><br>                     Defendants. | Case No.<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S CORPORATE DISCLOSURE** |

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant HOME DEPOT U.S.A., INC. ("Defendant") hereby discloses the following:

Defendant, a party to this lawsuit, is a wholly owned subsidiary of The Home Depot, Inc. Based on a review of filings made with the Securities and Exchange Commission, no publicly held corporation owns 10% or more of the capital stock of The Home Depot, Inc.

DATED:  April 1, 2022           GOODMAN NEUMAN HAMILTON LLP

                    By:    /s/ Paige P. Yeh
                           PAIGE P. YEH
                           Attorneys for Defendant
                           HOME DEPOT U.S.A., INC.